# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MORROW, MARGARET M. | United States District Court, CACD | 10/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
255 E. Temple Street, Ste. 770
Los Angeles, California 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Bryn Mawr College - Board of Trustees - (See Note in Part VIII) |
| 2. | Trustee | Mayfield Senior School - Board of Trustees - (See Note in Part VIII) |
| 3. | Trustee | Brokerage Account #2 (Trust #1) (Part VII, Page 17, Line 233) |
| 4. | Trustee | Administrative Account (Trust #2) (Part VII, Page 29, Line 428) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Defined Benefit Pension Payment from State of California | $134,401.44 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | February 9-11 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 2. | Bryn Mawr College | April 26-28 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MORROW, MARGARET M.** | 10/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco Van Kampen Capital Growth Fund-A - IRA | | None | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 4. - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 5. - Amgen Inc. - common stock | | | | | | | | | |
| 6. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 7. - General Electric Company - common stock | | | | | | | | | |
| 8. - Microsoft Corporation - common stock | | | | | | | | | |
| 9. - Royal Dutch Shell PLC ADR - common stock | | | | | | | | | |
| 10. - AT&T Inc. - common stock | | | | | Sold (part) | 10/11/12 | J | A | |
| 11. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 12. - Comcast Corp CL A Special New - common stock | | | | | Buy (add'l) | 02/03/12 | J | | |
| 13. | | | | | Sold (part) | 05/03/12 | J | A | |
| 14. - Eaton Corp. - common stock | | | | | | | | | |
| 15. - Procter & Gamble - common stock | | | | | | | | | |
| 16. - Monsanto Co. - common stock | | | | | | | | | |
| 17. - Kraft Foods Inc. - common stock | | | | | Buy | 10/11/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 19. - CVS Caremark Corp. - common stock | | | | | | | | | |
| 20. - Google Inc. - common stock | | | | | | | | | |
| 21. - Coca-Cola Co. - common stock | | | | | | | | | |
| 22. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 23. - Amazon.com Inc. - common stock | | | | | Sold (part) | 05/03/12 | J | A | |
| 24. | | | | | Sold (part) | 09/14/12 | J | A | |
| 25. - Charles Schwab Corp. - common stock | | | | | | | | | |
| 26. - Chevron Corp. - common stock | | | | | | | | | |
| 27. - Cummins Inc. - common stock | | | | | Sold | 01/13/12 | J | A | |
| 28. - Engility Holdings Inc.(L3 Comms) | | | | | Spinoff (from line 59) | 07/17/12 | J | | |
| 29. | | | | | Sold | 07/19/12 | J | A | |
| 30. - Exelon Corp - common | | | | | Buy | 07/19/12 | J | | |
| 31. | | | | | Sold | 12/03/12 | J | A | |
| 32. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 33. - Intuit Inc. - common stock | | | | | | | | | |
| 34. - Juniper Networks Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Weatherford Int'l. Ltd. - common stock | | | | | | | | | |
| 36.   - Broadcom Corp - common stock | | | | | | | | | |
| 37.   - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 38.   - American Electric Power Co. -- common | | | | | Buy | 05/18/12 | J | | |
| 39.   - Anadarko Petroleum Corp. - common stock | | | | | | | | | |
| 40.   - Autodesk Inc. - common stock | | | | | | | | | |
| 41.   - Bed Bath & Beyond Inc. - common stock | | | | | | | | | |
| 42.   - Biogen Idec Inc. - common stock | | | | | | | | | |
| 43.   - Blackrock Inc. - common stock | | | | | | | | | |
| 44.   - Cablevision Systems Corp. - common stock | | | | | | | | | |
| 45.   - Celgene Corp. - common stock | | | | | | | | | |
| 46.   - Consolidated Edison Inc. - common stock | | | | | Sold | 01/04/12 | J | A | |
| 47.   - Covidien PLC New -- common stock | | | | | | | | | |
| 48.   - Cree Research Inc. - common stock | | | | | | | | | |
| 49.   - Deere & Co. -- common stock | | | | | | | | | |
| 50.   - Ebay Inc. - common stock | | | | | | | | | |
| 51.   - Express Scripts Inc. - common stock | | | | | Buy | 01/04/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fluor Corp. - common stock | | | | | | | | | |
| 53. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 54. - HCP Incorporated - common stock | | | | | | | | | |
| 55. - Health Care REIT Inc. - common stock | | | | | | | | | |
| 56. - Home Depot Inc. - common stock | | | | | | | | | |
| 57. - Johnson & Johnson - common stock | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. - L-3 Communications Holdings Inc. - common stock | | | | | | | | | |
| 60. - The Directv Group Class A - common stock | | | | | | | | | |
| 61. - Liberty Media Hldg. Capital Series A - common stock | | | | | | | | | |
| 62. - Liberty Media Hldg SR A Inter - common stock | | | | | | | | | |
| 63. - Nasdaq OMX Group Inc. - common sto | | | | | | | | | |
| 64. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 65. - Pall Corporation - common stock | | | | | | | | | |
| 66. - Pepsico Inc. - common stock | | | | | | | | | |
| 67. - Qualcomm Inc. - common stock | | | | | | | | | |
| 68. - Seagate Technology Holdings - common stock | | | | | Sold (part) | 02/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/03/12 | J | A | |
| 70.  - SPDR Gold TR Gold SHS - common stock | | | | | | | | | |
| 71.  - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 72.  - Tyco International Ltd. - common stock | | | | | | | | | |
| 73.  - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 74.  - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 75.  - Xilinx Inc. -- common | | | | | Buy | 06/06/12 | J | | |
| 76.  - AMC Networks Inc. CL A - common stock | | | | | | | | | |
| 77.  - Apache - common stock | | | | | | | | | |
| 78.  - Delaware Diversified Inc. - mutual fund | | | | | Sold (part) | 06/29/12 | J | A | |
| 79. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 80.  - H J Heinz Co. - common stock | | | | | | | | | |
| 81.  - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD | | | | | | | | | |
| 82.  - Lord Abbett Floating Rate - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 83. | | | | | | | | | |
| 84.  - Lord Abbett Sht Dur Inc A - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 85. | | | | | Sold (part) | 12/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Managers Bond Fund - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 87. | | | | | Sold (part) | 12/07/12 | J | A | |
| 88. - Metropolitan West Hi Yld Bd 1 - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 89. | | | | | Sold | 12/07/12 | K | A | |
| 90. - Merck & Co. - common stock | | | | | Buy | 01/04/12 | J | | |
| 91. - Nucor Corp. - common stock | | | | | | | | | |
| 92. - Pimco Total Return - mutual fund | | | | | Sold (part) | 06/29/12 | J | A | |
| 93. - Sandisk Corp. - common stock | | | | | | | | | |
| 94. - Yum Brands Inc. - common stock | | | | | Buy | 12/21/12 | J | | |
| 95. - TCW Total Return - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 96. - Templeton Global Bd Fd Adv - | | | | | Sold (part) | 06/29/12 | J | A | |
| 97. - Verizon Communications - common stock | | | | | | | | | |
| 98. - Federated Uncontrained BD IS - mutual fund | | | | | Buy | 12/07/12 | J | | |
| 99. - JP Morgan Strat Inc. Opp Sel - mutual fund | | | | | Buy | 12/07/12 | J | | |
| 100. - Virtus Multi-Sector S/T Bond - mutual fund | | | | | Sold (part) | 06/29/12 | J | A | |
| 101. - Virtus Multi Sect Sht Trm BD 1 - | | | | | Sold (part) | 06/29/12 | J | | |
| 102. - Virtus Senior Floating Rate 1 - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. - Bank Deposit Sweep Program - | | | | | | | | | |
| 105. - Lake Tahoe Calif Uni Sch Dist Go BDS - muni bond | A | Int./Div. | L | U | Open | | | | MMM account |
| 106. Orchard Calif. Sch Dist G.O. Ref BDS - muni bond | A | Interest | K | U | Buy | 01/24/12 | K | | account |
| 107. San Ysidro Calif. Sch Dist CTFS Partn - muni bond | A | Interest | J | U | Buy | 01/30/12 | J | | account |
| 108. - Wells Fargo Bank - Account | | | | | Open | 12/31/12 | K | | account |
| 109. - Union Bank - Account | | | | | Open | 12/31/12 | K | | account |
| 110. - Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | | | | | Open | 12/31/12 | K | | account |
| 111. - Apple Inc. - common stock | | | | | | | | | |
| 112. - Astrazeneca PLC ADS - common stock | | | | | | | | | |
| 113. - Bristol Myers Squibb Co. - common stock | | | | | | | | | |
| 114. - Dolby Class A common stock | | | | | | | | | |
| 115. - EMC Corp. Mass - common stock | | | | | | | | | |
| 116. - Glaxosmithkline PLC ADS - common stock | | | | | | | | | |
| 117. - Immunogen Inc. - common stock | | | | | | | | | |
| 118. - Isis Pharmaceuticals Inc. - common stock | | | | | | | | | |
| 119. - Legg Mason BW Global Opp Bd FI - mutual fund | | | | | Sold (part) | 06/29/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. - Legg Mason WA Corp BD 1 - | | | | | Sold (part) | 06/29/12 | J | | |
| 122. | | | | | Sold | 12/07/12 | K | B | |
| 123. - Mc Donalds Corp. - common stock | | | | | Sold (part) | 01/04/12 | J | A | |
| 124. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 125. - Ms Buffered Plus Based on Basket - common | | | | | Buy | 06/29/12 | L | | |
| 126. - Oracle Corp. - common stock | | | | | | | | | |
| 127. - Philip Morris International Inc. - common stock | | | | | Sold (part) | 07/19/12 | J | A | |
| 128. - PPL Corporation - common stock | | | | | | | | | |
| 129. - TCW Emerging Markets Income N - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 130. | | | | | Sold (part) | 12/07/12 | J | A | |
| 131. - Pimco Emerging Local Bond A - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 132. - Thermo Fisher Scientific Inc. - common stock | | | | | | | | | |
| 133. - Ventas Inc.- common | | | | | Buy | 04/11/12 | J | | |
| 134. | | | | | Sold | 08/08/12 | J | A | |
| 135. - Visa Inc. - common stock | | | | | | | | | |
| 136. - Walt Disney Co. Holding Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. - Unit AAM Covered Call & Income Strategies Closed end fund | | | | | | | | | |
| 139. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. - Blackrock Strategic Inc Opp A Prospectus - mutual fund | | | | | Buy | 12/07/12 | K | | |
| 142. | | | | | | | | | |
| 143. - Goldman Sachs Strategic Inc A Prospectus - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 144. | | | | | | | | | |
| 145. - Virtus Senior Floating Rate A - mutual fund | | | | | Buy (add'l) | 12/07/12 | K | | |
| 146. | | | | | | | | | |
| 147. - Virtus Multi Sector Fixed Inc A - mutual fund | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. - CME Group - common stock | | | | | | | | | |
| 150. - EOG Resources Inc. - common stock | | | | | | | | | |
| 151. - NetApp Inc. - common stock | | | | | | | | | |
| 152. - Human Genome Sciences Inc. - common stock Ok | | | | | Sold | 07/16/12 | J | A | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. - MFF Orion FT FD - managed future | | | | | | | | | |
| 157. - Skybridge Multi-Advisor Hedge fund | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. - BlackRock All-CP Energy Res A - mutual fund | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. - Cohen & Steers Global Realty Foc I - mutual fund | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. - Eaton Vance Commodity Strategy A - mutual fund | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. - Hartford Floating Rate I - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 166. | | | | | | | | | |
| 167. - ING Global Real Estate FD I - mutual fund | | | | | | | | | |
| 168. - PIMCO Commodity Real Ret Strat A - mutual fund | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. - RS Global Natural Resources A - mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. - Abbott Laboratories - common stock | | | | | Sold (part) | 07/19/12 | J | A | |
| 173. | | | | | Sold | 10/11/12 | J | A | |
| 174. - Altria Group Inc. - common stock | | | | | | | | | |
| 175. - BCE Inc. (New) - common stock | | | | | | | | | |
| 176. - Centurylink Inc. - common stock | | | | | | | | | |
| 177. - Cincinnati Financial Ohio - common stock | | | | | Sold | 02/03/12 | J | A | |
| 178. | | | | | | | | | |
| 179. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 180. - Conocophillips - common stock | | | | | | | | | |
| 181. - Phillips 66.com | | | | | Spinoff (from line 180) | 05/03/12 | J | | |
| 182. - Dominion Res Inc. (New) - common stock | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. - Duke Energy Corp. Holding Co. - common stock | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. - Kimberly Clark Corp. - common stock | | | | | Sold (part) | 07/19/12 | J | A | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Eli Lilly & Co. - common stock | | | | | Buy (add'l) | 02/03/12 | J | | |
| 189. | | | | | Sold (part) | 10/22/12 | J | A | |
| 190. - Lorillard Inc. - common stock | | | | | | | | | |
| 191. - Natl Grid Transco PLC ADS - common stock | | | | | | | | | |
| 192. - Reynolds American Inc. - common stock | | | | | | | | | |
| 193. - Southern Co. - common stock | | | | | | | | | |
| 194. - Telefonica SA ADR - common stock | | | | | Sold | 05/18/12 | J | | |
| 195. | | | | | | | | | |
| 196. - Total Fina Elf SA - common stock | | | | | | | | | |
| 197. - Unilever PLC (New) ADS - common stock | | | | | Sold (part) | 10/22/12 | J | | |
| 198. | | | | | | | | | |
| 199. - Windstream Corp. - common stock | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. - Columbia Select LG CP Growth Z - mutual fund | | | | | Buy (add'l) | 02/03/12 | J | | |
| 202. | | | | | Buy (add'l) | 05/03/12 | K | | |
| 203. - Columbia Income Opport A - mutual fund | | | | | Sold (part) | 06/29/12 | J | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Invesco Developing Markets A - mutual fund | | | | | Buy (add'l) | 02/08/12 | J | | |
| 206. | | | | | Buy (add'l) | 05/03/12 | K | | |
| 207. | | | | | | | | | |
| 208. - Nuveen Tradewinds Global All CP A - mutual fund | | | | | Buy (add'l) | 02/07/12 | K | | |
| 209. | | | | | Sold | 05/03/12 | L | A | |
| 210. | | | | | | | | | |
| 211. - Royce Premier Service - mutual fund | | | | | Buy (add'l) | 02/03/12 | J | | |
| 212. | | | | | Buy (add'l) | 05/03/12 | J | | |
| 213. - Thornburg Int'l Value I- mutual fund | | | | | Buy (add'l) | 02/04/12 | J | | |
| 214. - Virtus Insight Emerging Markets I - mutual fund | | | | | Buy (add'l) | 02/03/12 | J | | |
| 215. | | | | | Sold (part) | 02/08/12 | J | A | |
| 216. | | | | | Buy (add'l) | 02/09/12 | J | | |
| 217. - Nike Inc. B - common stock | | | | | | | | | |
| 218. - Cameron Intnl Corp - common stock | | | | | | | | | |
| 219. - Duff & Phelps Global Equity - common stock | | | | | | | | | |
| 220. - Blackrock Emrg Mkt L/S EQ Inst (BLSIX) - mutual fund | | | | | Buy | 12/31/12 | J | | |
| 221. - DWS Rreef GLB Infrastrc S (TOLSX) -- mutual fund | | | | | Buy | 12/31/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Gateway Fund Y (GTEYX) - mutual fund | | | | | Buy | 12/31/12 | J | | |
| 223. - Invesco Balanced - Risk Alloc Y (ABRYX) - mutual fund | | | | | Buy | 12/31/12 | J | | |
| 224. - Managers Fremont Global Fund (MMAFX) - mutual fund | | | | | Buy | 12/31/12 | J | | |
| 225. - MFS Diverse Target Return I (DVRIX) - mutual fund | | | | | Buy | 12/31/12 | K | | |
| 226. - Nuveen Global Infrastructur I (FGIYX) - mutual fund | | | | | Buy | 12/31/12 | J | | |
| 227. - PYXIS Long/Short Equity A (HEOAX) - mutual fund | | | | | Buy | 12/31/12 | J | | |
| 228. - Virtus Dynamic Alphasector I (VIMNX) - mutual fund | | | | | Buy | 12/31/12 | K | | |
| 229. | | | | | | | | | |
| 230. - Charles Schwab - Inherited IRA Account - | A | Distribution | J | T | Distributed (part) | 12/27/12 | J | A | See Note in Part VIII |
| 231. - Charles Schwab - Inherited IRA Account - | G | Distribution | K | T | Distributed (part) | 12/27/12 | K | E | See Note in Part VIII |
| 232. | | | | | | | | | |
| 233. BROKERAGE ACCOUNT #2 (TRUST #1) | E | Int./Div. | P1 | T | | | | | |
| 234. | | | | | | | | | |
| 235. - Cash equivalent - Morgan Stanley' | | | | | | | | | |
| 236. - Eaton Corp. - common stock | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. - Express Scripts Inc. - Common | | | | | Buy | 01/04/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - General Electric Inc. - common stock | | | | | | | | | |
| 240. - Pepsico Inc. - common stock | | | | | | | | | |
| 241. - Royal Dutch Shell PLC - common stock | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. - AMC Networks Inc CL A - common stock | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. - At&T - common stock | | | | | Sold (part) | 10/11/12 | J | A | |
| 246. - Schlumberger Ltd. - common stock | | | | | | | | | |
| 247. - Procter & Gamble - common stock | | | | | | | | | |
| 248. - Monsanto Company - common stock | | | | | | | | | |
| 249. - Praxair Inc. - common stock | | | | | | | | | See Note in Part VIII |
| 250. - Kraft Foods - common stock | | | | | Buy | 10/11/12 | J | | |
| 251. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. - CVS Caremark Corporation - common stock | | | | | | | | | |
| 254. - Health Care REIT - common stock | | | | | | | | | |
| 255. - Coca Cola Company - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Coca Cola Enterprises Inc. - common stock | | | | | | | | | See Note in Part VIII |
| 257. - Exelon Corp. - common | | | | | Buy | 07/19/12 | J | | |
| 258. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 259. | | | | | Sold | 12/03/12 | J | A | |
| 260. - Google Inc. - common stock | | | | | | | | | |
| 261. - HCP Inc. - common stock | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 264. - Qualcomm Inc. - common stock | | | | | | | | | |
| 265. - Schwab Charles Corporation - common stock | | | | | | | | | |
| 266. - Time Warner Inc. - common stock | | | | | | | | | See Note in Part VIII |
| 267. - Amazon.com Inc. - common stock | | | | | Sold (part) | 05/04/12 | J | A | |
| 268. | | | | | Sold (part) | 09/14/12 | J | A | |
| 269. - Amgen Inc. - common stock | | | | | | | | | |
| 270. - Anadarko Petroleum Corporation - common stock | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. - Cablevision Systems Corporation - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Celgene Corporation - common stock | | | | | | | | | |
| 274. - Chevron Corporation - common stock | | | | | | | | | |
| 275. - Cintas Corporation - common stock | | | | | | | | | See Note in Part VIII |
| 276. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 277. - Covidien Ltd. - common stock | | | | | | | | | |
| 278. - EOG Resources Inc. - common stock | | | | | | | | | |
| 279. - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 280. - Lord Abbett High Yield Muni Bond Fund - mutual fund | | | | | | | | | |
| 281. - Microsoft Corporation - common stock | | | | | | | | | |
| 282. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 283. - SPDR Gold Trust - ETF | | | | | | | | | |
| 284. | | | | | | | | | |
| 285. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 286. - Weatherford International Ltd. - common stock | | | | | | | | | |
| 287. - Xilinx Inc. - common | | | | | Buy | 06/06/12 | J | | |
| 288. - Yum Brands Inc. - common | | | | | Buy | 12/21/12 | J | | |
| 289. - Consolidated Edison Inc. - common stock | | | | | Sold | 01/04/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Fluor Corp. - common stock | | | | | | | | | |
| 291. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 292. - Autodesk Delaware - common stockc | | | | | | | | | |
| 293. - Bed Bath & Beyond - common stock | | | | | Sold (part) | 06/15/12 | J | A | |
| 294. - Biogen Idec Inc. - common stock | | | | | | | | | |
| 295. | | | | | | | | | |
| 296. - Blackrock Inc. - common stock | | | | | | | | | |
| 297. - Broadcom Corp. - common stock | | | | | | | | | |
| 298. - Comcast Corp. CL A Special New - common stock (CMCSK) | | | | | Sold (part) | 05/04/12 | J | A | |
| 299. | | | | | | | | | |
| 300. - Cree Research Inc. - common stock | | | | | | | | | |
| 301. - Dolby Class A common stock (formerly Dolby Labs Inc.) | | | | | | | | | |
| 302. - Ebay Inc. - common stock | | | | | | | | | |
| 303. - Engility Holdings, Inc. | | | | | Spinoff (from line 310) | 07/19/12 | J | | |
| 304. - Facebook Inc. CL-A - common | | | | | Buy | 05/17/12 | J | | |
| 305. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 306. - Home Depot Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. - Johnson & Johnson - common stock | | | | | | | | | |
| 309. | | | | | | | | | |
| 310. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 311. - Lorillard Inc.-- common stock | | | | | | | | | |
| 312. - The Directv Group Class A - common stock | | | | | | | | | |
| 313. - Liberty Media Hldg Series A Interactive - common stock | | | | | Sold | 08/17/12 | J | A | |
| 314. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | | | | | |
| 315. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. - Pall Corporation - common stock | | | | | | | | | |
| 318. - Seagate Technology Hldgs. - common stock | | | | | Sold (part) | 02/08/12 | J | A | |
| 319. - TE Connectivity Ltd. New - common stock | | | | | | | | | |
| 320. - Tyco International Ltd. - common stock | | | | | | | | | |
| 321. - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 322. | | | | | | | | | |
| 323. - Vertex Pharmaceuticals - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Apache Corporation - common stock | | | | | | | | | |
| 325. - Delaware Tx-Fr USA Intermed A - mutual fund | | | | | | | | | |
| 326. - DWS Intermediate Tax/Amt Fr A - mutual fund | | | | | | | | | |
| 327. - EV Hi Yld Muni Income A - mutual fund | | | | | | | | | |
| 328. - H. J. Heinz Company - common stock | | | | | | | | | |
| 329. - Intuit Inc. - common stock | | | | | | | | | |
| 330. - Merck & Co. Inc. - common stock | | | | | Buy | 01/04/12 | J | | |
| 331. - Nucor Corporation - common stock | | | | | | | | | |
| 332. - Sandisk Corporation - common stock | | | | | | | | | |
| 333. - Verizon Communications - common stock | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. - Western Asst GLB CP DEF OPP FD - common stock | | | | | | | | | |
| 336. - Anheuser Busch Inbev SA Spon - common stock | | | | | | | | | |
| 337. - American Electric Power Co. - common | | | | | Buy | 05/18/12 | J | | |
| 338. - Apple Inc. - common stock | | | | | | | | | |
| 339. - Astrazeneca PLC ADS - common stock | | | | | | | | | |
| 340. - Blackrock National Muni A - mutual fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Bristol Myers Squibb Co. - common stock | | | | | | | | | |
| 342. | | | | | | | | | |
| 343. - Citrix Systems Inc. - common stock | | | | | | | | | |
| 344. - Clearbridge Energy MLP FD Inc. - common stock | | | | | | | | | |
| 345. - Cummins Inc. - common stock | | | | | Sold | 01/13/12 | J | A | |
| 346. - EMC Corp Mass - common stock | | | | | | | | | |
| 347. - ETFS Palladium Trust - common stock | | | | | | | | | See note in Part VIII |
| 348. - ETFS Platinum Trust - common stock | | | | | | | | | See note in Part VIII |
| 349. - Glaxosmithkline PLC ADS - common stock | | | | | | | | | |
| 350. - Immunogen Inc. - common stock | | | | | | | | | |
| 351. - Isis Pharmaceutical Inc. - common stock | | | | | | | | | |
| 352. - Kayne and Midstream/Energy Fund Inc. - common stock | | | | | | | | | |
| 353. - Mc Donalds Corp. - common stock | | | | | Sold (part) | 01/04/12 | J | A | |
| 354. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 355. - MFS Muni High Income A - mutual fund | | | | | | | | | |
| 356. - Oracle Corp. - common stock | | | | | | | | | |
| 357. - Philip Morris Int'l Inc. - common stock | | | | | Sold (part) | 07/19/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. - Legg Mason WA Intrm Muni Inst. - mutual fund | | | | | | | | | |
| 360. - Pioneer High Income Muni A - mutual fund | | | | | | | | | |
| 361. - PPL Corporation - common stock | | | | | | | | | |
| 362. | | | | | | | | | |
| 363. - Thermo Fisher Scientific Inc. - common stock | | | | | | | | | |
| 364. - Ventas Inc. - common | | | | | Buy | 04/11/12 | J | | |
| 365. | | | | | Sold | 08/08/12 | J | A | |
| 366. - Visa Inc. Class A common stock | | | | | | | | | |
| 367. - Walt Disney Co. Holding Co. - common stock | | | | | | | | | |
| 368. - Abbott Laboratories - common stock | | | | | Sold (part) | 07/19/12 | J | A | |
| 369. - Avery Dennison Corporation - common stock | | | | | | | | | See Note in Part VIII |
| 370. | | | | | Sold | 10/11/12 | J | | |
| 371. - Altria Group Inc. - common stock | | | | | | | | | |
| 372. - BCE Inc. (New) - common stock | | | | | | | | | |
| 373. | | | | | | | | | |
| 374. - Centurylink Inc. - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Cincinnati Financial Ohio - common stock | | | | | Sold | 02/02/12 | J | A | |
| 376. - Conocophillips - common stock | | | | | | | | | |
| 377. - Phillips 66 COM | | | | | Spinoff (from line 376) | 05/03/12 | J | | |
| 378. - Dominion Res Inc. (New) - common stock | | | | | Sold (part) | 01/04/12 | J | | |
| 379. | | | | | | | | | |
| 380. - Duke Energy Corp Holding Co. - common stock | | | | | | | | | |
| 381. - Kimberly Clark Corp. - common stock | | | | | Sold (part) | 07/19/12 | J | A | |
| 382. | | | | | Sold (part) | 08/08/12 | J | A | |
| 383. - Eli Lilly & Co. - common stock | | | | | Buy (add'l) | 02/02/12 | J | | |
| 384. | | | | | Sold (part) | 10/22/12 | J | A | |
| 385. - National Grid Transco PLC ADS - common stock | | | | | | | | | |
| 386. | | | | | | | | | |
| 387. - Reynolds American Inc. - common stock | | | | | | | | | |
| 388. - Windstream Corp. - common stock | | | | | | | | | |
| 389. - Unilever PLC (New) ADS - common stock | | | | | Sold (part) | 10/22/12 | J | A | |
| 390. - Total Fina Elf SA - common stock | | | | | | | | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. - Telefonica SA ADR - common stock | | | | | Sold | 05/18/12 | J | A | |
| 393. - Southern Co. - common stock | | | | | | | | | |
| 394. | | | | | | | | | |
| 395. - Columbia Select LG CP Growth Z - | | | | | Buy (add'l) | 05/04/12 | K | | |
| 396. | | | | | | | | | |
| 397. - Invesco Developing Markets A - mutual fund | | | | | Buy (add'l) | 05/04/12 | K | | |
| 398. | | | | | | | | | |
| 399. - Nuveen Tradewinds Global All CP A - mutual fund | | | | | Sold | 05/04/12 | L | A | |
| 400. - Royce Premier Service - mutual fund | | | | | Buy (add'l) | 05/04/12 | J | | |
| 401. | | | | | | | | | |
| 402. - Thornburg Int'l Value A - mutual fund | | | | | | | | | |
| 403. | | | | | | | | | |
| 404. | | | | | | | | | |
| 405. - Virtus Insight Emerging Markets I - mutual fund | | | | | Buy (add'l) | 05/04/12 | K | | |
| 406. - NetApp Inc. - common stock | | | | | | | | | |
| 407. - CME Group Inc. - common stock | | | | | | | | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Human Genome Sciences Inc. - common stock | | | | | Sold | 06/16/12 | J | A | |
| 410. - United Parcel Service Inc. Class B - common stock | | | | | | | | | |
| 411. - Blackrock All CP Energy Res A - mutual fund | | | | | | | | | |
| 412. - Cohen & Steers Glb Rlty Foc A - mutual fund | | | | | | | | | |
| 413. - Eaton Vance Commodity Strat A - mutual fund | | | | | | | | | |
| 414. - Columbia Income Opport A - mutual fund | | | | | | | | | |
| 415. - ING Global Real Estate A - mutual fund | | | | | | | | | |
| 416. - ING Global Real Estate FD I - mutual fund | | | | | | | | | |
| 417. - Hartford Floating Rate I - mutual fund | | | | | | | | | |
| 418. - Pimco Comm Real Ret Strat A - mutual fund | | | | | | | | | |
| 419. - Metropolitan West HI YLD Bd M - mutual fund | | | | | | | | | |
| 420. - RS Global Natural Res A - mutual fund | | | | | | | | | |
| 421. -- Virtus Senior Floating Rate I - mutual fund | | | | | | | | | |
| 422. - Nike Inc. B - common stock | | | | | | | | | |
| 423. - Deere & Co. - common stock | | | | | | | | | |
| 424. - Cameron International Corp. - common stock | | | | | | | | | |
| 425. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Real Property, Nantucket County, Massachusetts | | | | | Buy | 11/06/12 | P1 | | |
| 427. | | | | | | | | | |
| 428. ____ ADMINISTRATIVE ACCOUNT (TRUST #2) | G | Int./Div. | P1 | T | Open | 12/31/12 | P1 | | See note in Part VIII |
| 429. - Highmark CA Tax Free Money Market - | | | | | Sold | 03/30/12 | J | A | |
| 430. - Edison International - common stock | | | | | | | | | |
| 431. - Exelon Corp. - common stock | | | | | | | | | |
| 432. - Marathon Oil Corp. - common stock | | | | | | | | | |
| 433. - Marathon Petroluem Corp - common stock | | | | | | | | | |
| 434. - United States Steel Corp. - common stock | | | | | | | | | |
| 435. - Vallejo City Calif Uni Sch District G.O. ____ | | | | | Redeemed | 02/02/12 | M | A | |
| 436. | | | | | | | | | |
| 437. - California St Economic Recovery - muni. bond ____ | | | | | Redeemed | 07/02/12 | M | | |
| 438. - Sacramento Cnty Calif. Arpt Sys - muni. bond ____ | | | | | Redeemed | 07/02/12 | M | | |
| 439. - Twin Rivers Calif Uni Sch. Dist - muni bond ____ | | | | | | | | | |
| 440. - Loma Linda Calif Redev Agy Tax - muni. bond ____ | | | | | Sold | 10/31/12 | M | A | |
| 441. - California State GO Ref Bds Series - muni. bond ____ | | | | | | | | | |
| 442. - Santa Clara Calif Redev Agy Tax - muni. bond ____ | | | | | Sold | 10/31/12 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Madera Calif Redev Agy Tax Rev - muni. bond | | | | | Sold | 10/31/12 | M | | |
| 444. - North City West Calif Sch Facs Fing - muni. bond | | | | | | | | | |
| 445. - San Jacinto Calif Uni Sch Dist - muni. bond | | | | | | | | | |
| 446. - San Diego Calif Uni Sch Dist - muni bond | | | | | Sold | 07/16/12 | N | A | |
| 447. - Poway Calif. Uni Sch Dist Pub Fing - muni. bond ) | | | | | Sold | 10/31/12 | L | A | |
| 448. - Calaveras Uni Sch Dist Calif. G O - muni. bond | | | | | | | | | |
| 449. - California St G O Bds Ser. 2008 - muni. bond | | | | | | | | | |
| 450. - Oakland Calif Uni Sch Dist Alameda - muni. bond | | | | | Sold | 10/31/12 | N | D | |
| 451. - Calif State Univ Red - bond | | | | | | | | | |
| 452. - Modesto Calif IRR Dist CTFS Partn Cops - | | | | | | | | | |
| 453. - Mojave Calif Uni Sch Dist Sch Facs - muni. bond | | | | | | | | | |
| 454. - Los Angeles Calif Uni Sch Dist GO - muni. bond | | | | | | | | | |
| 455. - Taft Calif City Sch Dist Go Ref - muni bond | | | | | | | | | |
| 456. - General Electric Capital Corp - Corp bond | | | | | Sold | 04/05/12 | J | B | |
| 457. - Schwab CA Muni Money FD - bond | | | | | Open | 02/12/12 | N | | See Note in Part VIII |
| 458. - Alcatel Lucent ADR -- common | | | | | Buy | 02/12/12 | J | | See Note in Part VIII |
| 459. - LSI Corporation -- common | | | | | Open | 02/12/12 | J | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 34

**Name of Person Reporting**

MORROW, MARGARET M.

**Date of Report**

10/09/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.   - Calif. Intermediate Term - Bond | | | | | Open | 02/12/12 | M | | See Note in Part VII |
| 461.   - Ginnie Mae - Trust | | | | | Open | 02/12/12 | K | | See Note in Part VII |
| 462.   -         Real Property, Los Angeles County, California | | | | | Open | 02/12/12 | N | | See Note in Part VII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I - POSITIONS

Page 1, line 2: I am one of Trustees on the Board of Directors. There are no assets to report.

Page 1, line 3: I am one of the Trustees on the Board of Directors. There are no assets to report.

PART VII - INVESTMENTS AND TRUSTS

BROKERAGE ACCOUNT #1 -- INDIVIDUAL

Page 17, line 230: I inherited this IRA account as beneficiary [        ] that is why it is newly listed.

Page 17, Line 231: I inherited this IRA account as beneficiary [        ] that is why it is newly listed.

BROKERAGE ACCOUNT #2 -- (TRUST #1)

Page 18, Line 249: Praxair Inc. was sold on July 27, 2010 and was included in my 2010 Financial Disclosure Report, however it inadvertently remained listed on the 2011 report as an existing asset.

Page 18, Line 252: Coca Cola Enterprises, Inc. was sold on February 17, 2010, and was included in my 2010 Financial Disclosure Report, however it inadvertently remained listed on the 2011 report as an existing asset.

Page 19, Line 262: Time Warner Inc. was sold on September 30, 2010, and was included in my 2010 Financial Disclosure Report, however it inadvertently remained listed on my 2011 Financial Disclosure Report as an existing asset.

Page 19, Line 271. Cintas Corporation was sold on September 1, 2010 and was included in my 2010 Financial Disclosure Report, however it inadvertently remained listed on the 2011 report as an existing asset.

Page 24, Line 347: ETFS Palladium Trust was sold on February 10, 2011 with a value of "J" and a gain of "A." It inadvertently remained listed in my 2012 Financial Disclosure Report as an existing asset.

Page 24, Line 348: ETFS Platinum Trust was sold on February 10, 2011 with a value of "J" and a gain of "A." It inadvertently remained listed in my 2012 Financial Disclosure Report as an existing asset.

Page 25, line 364: Avery Dennison Corporation was included in my 2011 Financial Disclosure Report as an existing asset. However, it was sold on May 11, 2011 under the "J" value with a gain of "A."

[        ] ADMINSTRATIVE ACCOUNT (TRUST #2)

Page 30, Line 450: These assets were owned by [    ] trusts [        ] in February 2012. I did not exercise power of attorney [        ] . I have become successor trustee. As a result, this asset is newly listed.

Page 30, Line 451: These assets were owned by [    ] trusts [        ] in February 2012. I did not exercise power of attorney [        ] . I have become successor trustee. As a result, this asset is newly listed.

Page 30, Line 452: These assets were owned by [    ] trusts [        ] in February 2012. I did not exercise power of attorney [        ] . I have become successor trustee. As a result, this asset is newly listed.

Page 30, Line 453: These assets were owned by [    ] trusts [        ] in February 2012. I did not exercise power of attorney [        ] . I have become successor trustee. As a result, this asset is newly listed.

Page 30, Line 454: These assets were owned by [    ] trusts [        ] in February 2012. I did not exercise power of attorney [        ] . I have become successor trustee. As a result, this asset is newly listed.

Page 30, Line 455: This property was owned by [        ] in February 2012. I did not exercise power of attorney [        ] . I have become successor trustee. As a result, this asset is newly listed.

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 10/09/2013 |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 34

Name of Person Reporting

MORROW, MARGARET M.

Date of Report

10/09/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARGARET M. MORROW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544